IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BODDIE LITTLE, AIS #209583,  ) | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.: 12-00229-KD-B |
| ) | |
| WARD NELSON, *et al.*,  ) | |
|     Defendants.  ) | |

**ORDER**

After due and proper consideration of all relevant pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 1, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly it is **ORDERED** that this action is **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this the **22**nd day of **August 2012.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**